**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                        :

IN RE MILLENNIAL MEDIA, INC.     :    14 Civ. 7923 (PAE)
SECURITIES LITIGATION        :

                        :    Consolidated with:  14 Civ. 8330 (PAE)

                        :

                        :    **NOTICE OF VOLUNTARY**
                        :    **DISMISSAL WITHOUT PREJUDICE**

                        :

                        :
-------------------------------------------------------- x

       PLEASE TAKE NOTICE THAT Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi ("Mississippi PERS") and the Bernard T. Selz 2008 15-Year Charitable Lead Annuity Trust; the Bernard T. Selz 2008 20-Year Charitable Lead Annuity Trust; Karnak Partners, L.P.; and GAM Selection Hedge Investments Inc. (collectively, the "Selz Funds" and, together with Mississippi PERS, "Co-Lead Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action (the "Action") without prejudice.

       No Defendant has served an answer or a motion for summary judgment in the Action, and the Action has not been certified as a class action.  Defendants do not oppose this Notice of Voluntary Dismissal Without Prejudice.

DATED:  May 5, 2015                                Respectfully submitted,

                                                   */s/* Thomas A. Dubbs
                                                   Thomas A. Dubbs
                                                   Louis Gottlieb
                                                   Thomas G. Hoffman, Jr.
                                                   **LABATON SUCHAROW LLP**
                                                   140 Broadway
                                                   New York, New York  10005
                                                   Telephone: (212) 907-0700
                                                   Facsimile:  (212) 818-0477
                                                   tdubbs@labaton.com
                                                   lgottlieb@labaton.com
                                                   thoffman@labaton.com

                                                   */s/* Avi Josefson
                                                   Avi Josefson
                                                   Adam Wierzbowski
                                                   **BERNSTEIN LITOWITZ BERGER
                                                     & GROSSMANN LLP**
                                                   1285 Avenue of the Americas
                                                   New York, New York  10019
                                                   Telephone: (212) 554-1400
                                                   Facsimile:  (212) 554-1444
                                                   avi@blbglaw.com
                                                   adam@blbglaw.com

                                                   *Counsel for Co-Lead Plaintiff*
                                                   *Public Employees' Retirement System of*
                                                   *Mississippi, and Co-Lead Counsel*
                                                   *for the Class*

/s/ Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
Louis A. Kessler
**CERA LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile:  (415) 777-5189
scera@cerallp.com
tbright@cerallp.com

*Counsel for Co-Lead Plaintiffs the Bernard T. Selz 2008 15-Year Charitable Lead Annuity Trust, the Bernard T. Selz 2008 20-Year Charitable Lead Annuity Trust, Karnak Partners, L.P., and GAM Selection Hedge Investments Inc., and Co-Lead Counsel for the Class*