USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE MILLENNIAL MEDIA, INC. SECURITIES       :        14 Civ. 7923 (PAE)
LITIGATION                                                                :
:        ORDER
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On May 5, 2015, plaintiffs filed a Notice of Voluntary Dismissal, with consent of defendants. The Court expects to so-order that dismissal. However, for avoidance of doubt, the anticipated dismissal does not moot this Court's April 21 order: "[O]n **Friday, May 8, 2015**, the *ex parte* submissions made by both plaintiffs and defendants on April 17, 2015, and the submissions that plaintiffs [made] on Tuesday, May 5, 2015, are to be publicly filed on the docket of this case. The Court, of course, authorizes counsel to make all redactions necessary to protect the identities of all confidential witnesses. Further, if counsel believe that additional redactions are justified, *e.g.*, to protect attorney work-product, their public filings may also reflect such redactions. In such an event, counsel are directed to submit, the same day, a letter memorandum explaining, and providing the legal basis for, such redactions." Dkt. 68.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2015
       New York, New York