UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE MILLENNIAL MEDIA, INC.            :    14 Civ. 7923 (PAE)
SECURITIES LITIGATION                   :
:    Consolidated with:  14 Civ. 8330 (PAE)
:
:    **NOTICE OF VOLUNTARY**
:    **DISMISSAL WITHOUT PREJUDICE**
:
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2015

PLEASE TAKE NOTICE THAT Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi ("Mississippi PERS") and the Bernard T. Selz 2008 15-Year Charitable Lead Annuity Trust; the Bernard T. Selz 2008 20-Year Charitable Lead Annuity Trust; Karnak Partners, L.P.; and GAM Selection Hedge Investments Inc. (collectively, the "Selz Funds" and, together with Mississippi PERS, "Co-Lead Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action (the "Action") without prejudice.

No Defendant has served an answer or a motion for summary judgment in the Action, and the Action has not been certified as a class action.  Defendants do not oppose this Notice of Voluntary Dismissal Without Prejudice.

DATED: May 5, 2015                               Respectfully submitted,

/s/ Thomas A. Dubbs
Thomas A. Dubbs
Louis Gottlieb
Thomas G. Hoffman, Jr.
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
lgottlieb@labaton.com
thoffman@labaton.com

/s/ Avi Josefson
Avi Josefson
Adam Wierzbowski
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
adam@blbglaw.com

*Counsel for Co-Lead Plaintiff
Public Employees' Retirement System of
Mississippi, and Co-Lead Counsel
for the Class*

- 3 -

/s/ Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
Louis A. Kessler
**CERA LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile:   (415) 777-5189
scera@cerallp.com
tbright@cerallp.com

*Counsel for Co-Lead Plaintiffs the Bernard T. Selz 2008 15-Year Charitable Lead Annuity Trust, the Bernard T. Selz 2008 20-Year Charitable Lead Annuity Trust, Karnak Partners, L.P., and GAM Selection Hedge Investments Inc., and Co-Lead Counsel for the Class*

5/29/15

**SO ORDERED:**

Paul A. Engelmayer
_____
**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**